JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANMING ZHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, Secretary of Homeland Security, et al.,<br><br>    Defendants. | Case No. SACV 13-1185-JVS (ANx)<br><br>JUDGMENT |

    This matter is before the Court on the parties' Cross Motions for Summary Judgment. After having considered the parties' briefing and arguments,

    IT IS HEREBY ORDERED AND ADJUDGED:

    (1)    That Defendants' Motion for Summary Judgment is GRANTED in full;

    (2)    That Plaintiff's Motion for Summary Judgment is DENIED in full;

(3) That United States Citizenship and Immigration Services ("USCIS") correctly determined that Plaintiff failed to comply with 8 C.F.R. § 204.6(j)(2) to demonstrate that the full amount of his capital investment was at risk;

(4) That USCIS correctly determined that Plaintiff failed to comply with 8 C.F.R. § 204.6(j)(4) to demonstrate that his capital investment created the requisite number of full-time jobs for qualifying employees;

(4) That USCIS correctly determined that Plaintiff failed to meet his evidentiary burden to demonstrate eligibility for approval of his I-526 petition;

(5) That USCIS's decision denying Plaintiff's I-526 petition is supported by substantial evidence in the administrative record;

(6) That USCIS's decision on June 25, 2013, to deny Plaintiff's I-526 petition, is AFFIRMED in full.

IT IS SO ORDERED.

DATED:   April 07, 2014

_____
Hon. James V. Selna
United States District Judge